No. 89–527. CALLAHAN, SUPERINTENDENT, MCNEIL ISLAND CORRECTION FACILITY *v.* ROBTOY; and DUCHARME, SUPERINTENDENT, WASHINGTON STATE REFORMATORY *v.* NORMAN. C. A. 9th Cir. Motions of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89–707. SIMMONS, CHAIRMAN, KENTUCKY PAROLE BOARD, ET AL. *v.* DUNN. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89–1142. FERLAUTO ET AL. *v.* NEW JERSEY ET AL. Sup. Ct. N. J. Motion of petitioners to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 89–1254. WHITFIELD *v.* COCA-COLA CO. ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.